UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 14-139 JRT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) **INFORMATION** |
| Plaintiff, | ) |
| | ) 21 U.S.C. § 843(a)(3) |
| v. | ) 21 U.S.C. § 843(d)(1) |
| | ) |
| CALI MAY ARNDT, | ) |
| | ) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
(Obtaining a Controlled Substance by Fraud)

From in or about June 2012 through on or about October 29, 2012, in the State and District of Minnesota, the defendant,

**CALI MAY ARNDT,**

knowingly and intentionally acquired and obtained possession of controlled substances, namely, morphine, hydromorphone, and fentanyl, by misrepresentation, fraud, forgery, deception, and subterfuge; that is, while employed as a registered nurse at a hospital in Edina, Minnesota, the defendant acquired and obtained morphine, hydromorphone, and fentanyl intended for patients of the facility for her own use and benefit by accessing secured automated medication dispensing systems and then using syringes to remove morphine, hydromorphone, and fentanyl from vials and carpuject syringes intended for hospital patients. The defendant subsequently injected those vials and carpuject syringes with saline solution to replace the missing morphine, hyrdromorphone, and fentanyl

SCANNED
MAY 09 2014
U.S. DISTRICT COURT MPLS

before returning the vials and carpuject syringes to the medication dispensing systems.

All in violation of Title 21, United States Code, Sections 843(a)(3) and 843(d)(1).

Dated: May 9, 2014                              ANDREW M. LUGER
                                                United States Attorney

                                                */s/ John Kokkinen*

                                                BY: JOHN KOKKINEN
                                                Assistant U.S. Attorney
                                                Attorney ID No. 388356